In the Matter of the Claim of FREDERICK REEVES, Respondent, v. CHARLES PFIZER & CO., INC., et al., Appellants, and SPECIAL FUND FOR REOPENED CASES, Respondent. WORKMEN'S COMPENSATION BOARD, Respondent. — MEMORANDUM BY THE COURT.

Herlihy, J. P., Reynolds, Staley, Jr., and Gabrielli, JJ., concur in memorandum by the court.